**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-------------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

      **-against-**                **Case No. 10-CR-437 (SRC)**

**LEONID ZALTSBERG,**                <u>**ORDER**</u>

         **Defendant.**

-------------------------------------------------------------------X

    **AN APPLICATION HAVING BEEN MADE TO THIS COURT BY DEFENDANT**

**LEONID ZALTSBERG,** for permission for him to travel internationally in Europe upon the

completion of his term of 12 months of home detention pursuant to the Location Monitoring

Program, and defendant's counsel, Steven R. Kartagener, Esq., having been heard in support of said

application, and Government attorneys Michael C. Vasiliadis, Esq., and AUSA Scott McBride,

having been heard in response to said application, and with the consent of the Government,

    **IT IS HEREBY ORDERED,** that defendant is granted immediate permission to travel

outside of the United States for a period of 60 days, with leave to seek permission for additional

periods of international travel within one week of his return from any previous period of

international travel; and

    **IT IS FURTHER ORDERED,** that prior to commencing any period of international travel,

defendant shall provide his Probation Officer with an itinerary of his planned travel, and said

itinerary shall be subject to the approval of the Probation Officer.

Dated: January _9_, 2012

Steven R. Kartagener, Esq.
Counsel for Defendant

Michael C. Vasiliadis, Esq.
Counsel for the Government

United States District Judge